JUDGE CROTTY

08 CV 3423

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IRIS ALBSTEIN, NEIL ALBSTEIN-HAMADA:
and SAMANTHA ALBSTEIN,                          08 CV 3423   (PAC)
                                           :
                                           :
                    Plaintiffs,            :        **RULE 7.1 STATEMENT**
                                           :           **OF DEFENDANT**
     -against-                             :     **NORTHWEST AIRLINES, INC.**
                                           :
DELTA AIR LINES, INC., NORTHWEST           :
AIRLINES, INC. and KONINKLIJKE             :
LUCHTVAART MAATSCHAPPIJ N.V. d/b/a         :
KLM ROYAL DUTCH AIRLINES,                  :
                                           :
                    Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

attorney of record for defendant NORTHWEST AIRLINES, INC. ("NORTHWEST"), certifies

that NORTHWEST AIRLINES CORPORATION is the parent corporation of NORTHWEST

AIRLINES, INC. and that no publicly held corporations hold 10% or more stock of

NORTHWEST AIRLINES CORPORATION.

Dated:   New York, New York
         April 7, 2008

                                   CONDON & FORSYTH LLP

                                   By_____
                                      Stephen J. Fearon (SF 8740)
                                      sfearon@condonlaw.com
                                      Bartholomew J. Banino (BB 4164)
                                      bbanino@condonlaw.com
                                   7 Times Square
                                   New York, New York 10036
                                   (212) 490-9100

                                   *Attorneys for Defendants*
                                   *DELTA AIR LINES, INC.,*
                                   *NORTHWEST AIRLINES, INC. and*
                                   *KLM ROYAL DUTCH AIRLINES*

S.D.N.Y.
U.S. DISTRICT COURT

08 APR -7 PM 7:43

RECEIVED