JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IRIS ALBSTEIN, NEIL ALBSTEIN-HAMADA
and SAMANTHA ALBSTEIN,

      Plaintiffs,

-against-

DELTA AIR LINES, INC., NORTHWEST
AIRLINES, INC. and KONINKLIJKE
LUCHTVAART MAATSCHAPPIJ N.V. d/b/a
KLM ROYAL DUTCH AIRLINES,

      Defendants.

------------------------------------------------------------x

08 CV 3423 (PAC)

**RULE 7.1 STATEMENT
OF DEFENDANT
KLM ROYAL DUTCH AIRLINES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant KLM ROYAL DUTCH AIRLINES (sued herein as "KONINKLIJKE LUCHVAART MAATSCHAPPIJ N.V. d/b/a/ KLM ROYAL DUTCH AIRLINES" and hereinafter "KLM"), certifies that Air France-KLM is the parent corporation of KLM and that no publicly held corporations hold 10% or more stock of Air France-KLM.

Dated: New York, New York
    April 7, 2008

              CONDON & FORSYTH LLP

              By_____
                Stephen J. Fearon (SF 8740)
                sfearon@condonlaw.com
                Bartholomew J. Banino (BB 4164)
                bbanino@condonlaw.com
              7 Times Square
              New York, New York 10036
              (212) 490-9100

              *Attorneys for Defendants*
              *DELTA AIR LINES, INC.,*
              *NORTHWEST AIRLINES, INC. and*
              *KLM ROYAL DUTCH AIRLINES*