JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 3423

------------------------------------------------x
IRIS ALBSTEIN, NEIL ALBSTEIN-HAMADA : 08 CV 3423 (PAC)
and SAMANTHA ALBSTEIN, :
:
                Plaintiffs, : **RULE 7.1 STATEMENT**
: **OF DEFENDANT**
   -against- : **DELTA AIR LINES, INC.**
:
DELTA AIR LINES, INC., NORTHWEST :
AIRLINES, INC. and KONINKLIJKE :
LUCHTVAART MAATSCHAPPIJ N.V. d/b/a :
KLM ROYAL DUTCH AIRLINES, :
:
                Defendants. :
------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant DELTA AIR LINES, INC. ("DELTA"), certifies that there is no parent corporation of DELTA and no publicly held corporation holds 10% or more stock of DELTA.

Dated:  New York, New York
         April 7, 2008

                                      CONDON & FORSYTH LLP

                                      By_____
                                        Stephen J. Fearon (SF 8740)
                                        sfearon@condonlaw.com
                                        Bartholomew J. Banino (BB 4164)
                                        bbanino@condonlaw.com
                                      7 Times Square
                                      New York, New York 10036
                                      (212) 490-9100

                                      *Attorneys for Defendants*
                                      *DELTA AIR LINES, INC.,*
                                      *NORTHWEST AIRLINES, INC., and*
                                      *KLM ROYAL DUTCH AIRLINES*