UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IRIS ALBSTEIN, NEIL ALBSTEIN-HAMADA,
and SAMANTHA ALBSTEIN

                             Civil Action No.
                             08 CV 3423 (PAC)
                             (DFE)

              Plaintiffs,

                             **DEMAND FOR**
                             **<u>JURY TRIAL</u>**

     -against-

DELTA AIR LINES, INC., NORTHWEST
AIRLINES, INC, and KONINKLIJKE LUCHTVAART
MAATSCHAPPIJ N.V. d/b/a KLM d/b/a KLM
ROYAL DUTCH AIRLINES

             Defendants.
------------------------------------------------------------------X

Pursuant to FRCP 38, plaintiffs Iris Albstein, Neil Albstein-Hamada, and Samantha Albstein ("Plaintiffs") hereby demand a jury trial.

Dated: New York, New York
       April 16, 2008

                                   GOLDBERG WEPRIN & USTIN LLP
                                   By: _____
                                      Daniel A. Singer (DAS 0978)
                                   Attorneys for Plaintiffs
                                   1501 Broadway, 22nd Floor
                                   New York, New York 10036
                                   Tel. (212) 221-5700

To:    Condon & Forsyth LLP
        Attorneys for defendants Delta Air Lines, Inc, Northwest Airlines, Inc., and
        KLM Royal Dutch Airlines
        7 Times Square
        New York, New York 10036
        (212) 490-9100