UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IRIS ALBSTEIN, NEIL ALBSTEIN-HAMADA,
and SAMANTHA ALBSTEIN

**Civil Action No.
08 CV 3423 (PAC)
(DFE)**

Plaintiffs,

**AFFIDAVIT
OF SERVICE**

-against-

DELTA AIR LINES, INC., NORTHWEST
AIRLINES, INC, and KONINKLIJKE LUCHTVAART
MAATSCHAPPIJ N.V. d/b/a KLM d/b/a KLM
ROYAL DUTCH AIRLINES

Defendants.
-------------------------------------------------------------------X

State of New York :)

County of New York :)

Daniel A. Singer, duly sworn, deposes and says:

1. I am not a party to the within action, am over 18 years of age and am employed at Goldberg Weprin & Ustin LLP, 1501 Broadway, New York, New York 10036.

2. On the 16th day of April 2008, I served a true copy of the DEMAND FOR JURY TRIAL on:

>   Condon & Forsyth LLP
>   7 Times Square
>   New York, New York 10036

by depositing a copy of same in a properly addressed envelope, postage paid, in an official depository under the exclusive care and custody of United States Postal Service in the Borough of Manhattan, within the City and State of New York.

_____
DANIEL A. SINGER

Sworn to before me this 16 7th
Day of April

_____
Notary Public

NICOLE BROWN
Notary Public, State of New York
No. 01BR6074704
Qualified in Bronx County
Commission Expires ~~June~~ 20, 20 10
MAY