# GOLDBERG WEPRIN & USTIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
MARK E. KAUFMAN
STEVEN R. UFFNER
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS*
LISA R. RADETSKY
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH**†

MATTHEW E. HEARLE
RICHARD H. MERZ
STEVEN J. BALTZMAN
DORAN I. GOLUBTCHIK
STEPHEN BORDANARO
SERGIO J. TUERO*
LISA C. NASIAK*
ALLISON M. PURMAN
AUBREY E. RICCARDI*
GERALD BUKARY
STUART T. BASSEL
STACY N. MARKUS*
DOROTHY A. GALVIN†
DANIEL A. SINGER
RANDI K. STEMPLER*
MARK B. STILLMAN*
MOLLY M VARECKA

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

MARK NESOFF
DAVID L. SMITH**
DAVID GALANTER
LEWIS KUPER
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1968)
JACK WEPRIN (1950-1996)

* ALSO MEMBER OF NEW JERSEY BAR
* ALSO MEMBER OF TEXAS BAR
* ALSO MEMBER OF MASSACHUSETTS BAR
* ALSO MEMBER OF FLORIDA BAR
* ALSO MEMBER OF U.S. VIRGIN ISLANDS BAR



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 22 2008

**MEMO ENDORSED**

April 21, 2008

By Fax Transmission (212) 805-6304
The Honorable Paul A. Crotty, U.S.D.J.
500 Pearl Street, Chambers 735, Courtroom 20-C
New York, NY 10007

      Re: Albstein v. Delta Air Lines, Inc., et al.,
        Civil Action No. 08-3423 (PAC)

Dear Judge Crotty:

  We are the attorneys for plaintiffs in the above-captioned matter. We are writing in order to request a first time adjournment of the initial pretrial conference which is currently scheduled for April 28, 2008 at 3:00 P.M. A copy of the Initial Pretrial Conference Order is annexed herewith.

  I have consulted with defendants' counsel Bartholomew J. Banino, Esq. of Condon & Forsyth LLP regarding adjourning the initial pretrial conference and they have consented to same. Counsel propose the following as potential ~~new dates for~~ the initial pretrial conference: 1) May 30, 2008; 2) May 21, 2008; and 3) May 19, 2008.

The Honorable Paul A. Crotty
April 21, 2008
Page 2 of 2

   Please do not hesitate to contact me if you would like any further information. Thank you for your consideration.

                Respectfully submitted,

                Daniel A. Singer

DAS
cc: Bartholomew J. Banino, Esq. (by fax)

Application GRANTED. The conference is adjourned to 5/19/08 at 3:45 pm in Courtroom 20-C.

SO ORDERED: APR 2 2 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE