UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IRIS ALBSTEIN, NEIL ALBSTEIN-HAMADA,
and SAMANTHA ALBSTEIN

                                       **Civil Action No.**
                                       **08 CV 3423 (PAC)**
                                       **(DFE)**

                    Plaintiffs,

                                       **NOTICE OF**
                                       **APPEARANCE**

                -against-

DELTA AIR LINES, INC., NORTHWEST
AIRLINES, INC, and KONINKLIJKE LUCHTVAART
MAATSCHAPPIJ N.V. d/b/a KLM d/b/a KLM
ROYAL DUTCH AIRLINES

                    Defendants.
------------------------------------------------------------------X

      TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Goldberg Weprin & Ustin LLP hereby appears as the attorneys for plaintiffs Iris Albstein, Neil Albstein-Hamada, and Samantha Albstein in this matter.

Dated: New York, New York
       May 13, 2008

                                         GOLDBERG WEPRIN & USTIN LLP

                                         By: _____
                                             Daniel A. Singer (DAS 0978)
                                           Attorneys for Plaintiffs
                                           1501 Broadway, 22nd Floor
                                           New York, New York 10036
                                           Tel. (212) 221-5700
                                           Email: dsinger@gwulaw.com

To:    Condon & Forsyth LLP
        Attorneys for defendants Delta Air Lines, Inc, Northwest Airlines, Inc., and
        KLM Royal Dutch Airlines
        7 Times Square
        New York, New York 10036
        (212) 490-9100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IRIS ALBSTEIN, NEIL ALBSTEIN-HAMADA,
and SAMANTHA ALBSTEIN

                                                  **Civil Action No.**
                                                  **08 CV 3423 (PAC)**
                                                  **(DFE)**

                                  Plaintiffs,

                                                  **AFFIDAVIT OF**
                    -against-                    **SERVICE**

DELTA AIR LINES, INC., NORTHWEST
AIRLINES, INC, and KONINKLIJKE LUCHTVAART
MAATSCHAPPIJ N.V. d/b/a KLM d/b/a KLM
ROYAL DUTCH AIRLINES

                                  Defendants.
----------------------------------------------------------------X
COUNTY OF NEW YORK :)
                          :)
STATE OF NEW YORK    :)

      DANIEL A. SINGER, duly sworn, deposes and says:

1. I am not a party to the within action, am over 18 years of age and am employed at Goldberg Weprin & Ustin LLP, 1501 Broadway, New York, New York 10036.

2. On the 13th day of May 2008, I served a true copy of the within NOTICE OF APPEARANCE on:

                            Condon & Forsyth LLP
                            7 Times Square
                            New York, New York 10036

by depositing a copy of same in a properly addressed envelope, postage paid, in an official depository under the exclusive care and custody of United States Postal Service in the Borough of Manhattan, within the City and State of New York

_____
DANIEL A. SINGER

Sworn to before me this 13th
Day of May, 2008

_____
notary public

ALLISON M. FURMAN-SALCEDO
Notary Public, State of New York
No. 02FU6021890
Qualified in Queens County
Commission Expires March 22, 20 11

2